UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-22001-CIV-LENARD/O'SULLIVAN

MIRTHA GARCIA,

Plaintiff,

vs.

ZAKHEIM & LAVRAR, P.A.,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: August 26, 2011                             Respectfully submitted,

| | |
|---|---|
| s/ Andrew I. Glenn_____ | /s Barbara Fernandez_____ |
| Andrew I. Glenn, Esq. | Barbara Fernandez, Esq. |
| Florida Bar No. 577261 | Florida Bar No. 0493767 |
| Andrew@cardandglenn.com | Email: bfernandez@hinshawlaw.com |
| Card & Glenn, P.A. | David P. Hartnett, Esq. |
| 2501 Hollywood Blvd., Suite 100 | Florida Bar No. 0946631 |
| Hollywood, Florida 33020 | Email: dhartnett@hinshawlaw.com |
| Telephone: 954-921-9133 | HINSHAW & CULBERTSON LLP |
| Facsimile: 954-921-9553 | 9155 S. Dadeland Boulevard, Suite 1600 |
| Attorneys for Plaintiff | Miami, Florida 33156-2741 |
| | Telephone: (305) 358-7747 |
| | Facsimile: (305) 577-1063 |
| | Attorneys for Defendant |